NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CITY OF TAMPA,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No.  2D19-4252
                                        )
KEITH SMITH,                            )
                                        )
          Appellee.                     )
                                        )
_____     )

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Emily Peacock,
Judge.

Gina K. Grimes, City Attorney,
Toyin K. Aina-Hargrett, Senior Assistant
City Attorney, Tampa, for Appellant.

Alina M. Morros of Fiol Law Group,
P.A., Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, C.J., and MORRIS and SMITH, JJ., Concur.